## Gordon A. Coombs, Plaintiff-Appellant, v. Board of Fire and Police Commissioners of City of East St. Louis, Illinois, Defendant-Appellee.

Term No. 52–F–3.

78

Melvin W. Trotier, for appellant; Charles M. Whealon, for appellee. Opinion by JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed May 2, 1952; released for publication June 5, 1952.

